**Order entered December 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01614-CV

## IN THE INTEREST OF Z.S., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1102-X**

## ORDER

Before the Court is the motion of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, for a forty-five day extension of time to file the reporter's record in this accelerated appeal.  We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed **ON OR BEFORE MONDAY, DECEMBER 23, 2013**.  *See* TEX. R. APP. P. 35.3(c).

/s/    ELIZABETH LANG-MIERS
        JUSTICE